UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISLAND DEVELOPMENT GROUP, LTD,

    Plaintiff,

Case No. 02-73304

Honorable Nancy G. Edmunds

v.

JON H. BERKEY, ET AL.,

    Defendants.
_____/

**ORDER REQUIRING DEFENDANTS TO FILE AN AMENDED EXHIBIT LIST**

    Defendants are hereby ORDERED to file an amended exhibit list consistent with this Court's June 15, 2005 Order on or before July 11, 2005. After being served with Defendants' amended exhibit list, Plaintiff is to file an affidavit, identifying all listed documents that were not produced by Defendants in discovery.

    SO ORDERED.


        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: June 20, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 20, 2005, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager